# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI LYNETTE STEVENS,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:19-cv-00428-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 13) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before January 9, 2020;
2. Defendant's response to the opening brief shall be filed on or before February 10, 2020; and
3. Plaintiff's reply, if any, shall be filed on or before February 25, 2020.

IT IS SO ORDERED.

Dated: **November 22, 2019**

                                                UNITED STATES MAGISTRATE JUDGE

1