UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HEIDI STEVENS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:19-cv-00428-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 19) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's opening brief shall be filed on or before April 15, 2020;
2. Plaintiff's reply, if any, shall be filed on or before April 30, 2020.

IT IS SO ORDERED.

Dated: __**March 9, 2020**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE