# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| HEIDI STEVENS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:19-cv-00428-NONE-SAB<br><br>ORDER RE SECOND STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 21) |

　　　　On April 14, 2020, Defendant filed a second stipulation for an extension of time to file a response to Plaintiff's opening brief. The Court finds that good cause exists to grant the request.

　　　　Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　　1.　　Defendant shall file a response to Plaintiff's opening brief on or before May 20, 2020; and

　　　　2.　　Plaintiff's reply, if any, shall be filed on or before June 4, 2020.

IT IS SO ORDERED.

Dated:　**April 14, 2020**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1